| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clifton, Richard R | 9th Circuit | 05/03/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 999 Bishop Street, Suite 2010<br>Honolulu, Hawaii 96813 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | American Judicature Society, Hawaii Chapter |
| 2. | Director | Hawaii Public Radio |
| 3. | Director | Hawaii Women's Legal Foundation |
| 4. | Director | Ninth Judicial Circuit Historical Society |
| 5. | Co-trustee | Trust #1 |
| 6. | Co-trustee | Trust #2 |
| 7. | Co-trustee | Trust #3 |

DISCLOSURE FINANCIAL OFFICE   2007 MAY 14 A 11: 2   RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | J | T | | | | | |
| 3. Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. Univ of Hawaii FCU | A | Interest | J | T | | | | | |
| 5. Goodyear common | A | Dividend | J | T | | | | | |
| 6. Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Brokerage acct #1 (MS) | | | | | | | | | |
| 9. -- Echostar Communications common | | None | L | T | | | | | |
| 10. -- IBM common | A | Dividend | K | T | | | | | |
| 11. -- Metromedia Fiber Networks common | | None | | | Sell | | J | A | |
| 12. -- Real Networks common | | None | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Ixis Cash Mgtmt Trust | A | Dividend | J | T | | | | | |
| 15. Fidelity Growth & Income (IRA) | A | Dividend | L | T | | | | | |
| 16. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |
| 17. Oppenheimer Growth Fund A (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Brokerage acct #2 (T-CS) | | | | | | | | | |
| 20. -- Amgen common | | None | | | Sell | 1-23 | J | B | |
| 21. -- Applied Materials common | | None | | | Sell | 1-23 | K | E | |
| 22. -- Ballard Power Systems common | | None | J | T | | | | | |
| 23. -- Ciena common | | None | J | T | | | | | |
| 24. -- Hewlett Packard common | | None | | | Sell | 1-23 | J | A | |
| 25. -- Intel common | A | Dividend | K | T | | | | | |
| 26. -- Nokia Corp Spon ADR | | None | | | Sell | 1-23 | J | A | |
| 27. -- Charles Schwab Money Market Fund | B | Dividend | K | T | | | | | |
| 28. -- Hawaii state bonds | | None | K | T | | | | | |
| 29. | | | | | | | | | |
| 30. IRA acct #3 (T) | | | | | | | | | |
| 31. -- Intel common | A | Dividend | K | T | | | | | |
| 32. -- Merck common | | None | | | Sell | 1-23 | J | A | |
| 33. -- Microsoft common | A | Dividend | J | T | | | | | |
| 34. -- Freescale Semiconductor Class B | | None | | | Sell | 1-23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| common | | | | | | | | | |
| 35. -- Motorola common | | None | | | Sell | 1-23 | J | A | |
| 36. -- Jundt Growth Fund Class I | A | Dividend | J | T | | | | | |
| 37. -- Templeton Growth Fund class A | B | Dividend | M | T | | | | | |
| 38. -- Charles Schwab Money Market Fund | A | Dividend | K | T | Buy | 1-23 | K | | |
| 39. | | | | | | | | | |
| 40. CREF Stock Fund | | None | L | T | | | | | |
| 41. CREF Global Equities | | None | K | T | | | | | |
| 42. | | | | | | | | | |
| 43. Brokerage acct #4 (D) | | | | | | | | | |
| 44. -- Boeing common | | None | | | Sell | 1-23 | J | A | |
| 45. -- Hewlett Packard Common | | None | | | Sell | 1-23 | J | A | |
| 46. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Banc One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. Brokerage acct #5 (K) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Esti | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51.   -- Motorola Common | | None | | | Sell | 1-23 | J | A | |
| 52.   -- Freescale Semiconductor Class B common | | None | | | Sell | 1-23 | J | A | |
| 53.   -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55.   Brokerage acct #6 (T-I) | | | | | | | | | |
| 56.   -- Berkshire Hathaway Cl A | | None | M | T | Buy | 4-20 | L | | |
| 57.   -- Charles Schwab Money Mkt Fund | C | Dividend | M | T | Buy | 2-26 | M | | |
| 58. | | | | | | | | | |
| 59.   Bank One Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 60.   Agence 21, Inc. common | | None | L | W | | | | | |
| 61.   MAAS Intek, Inc. common | | None | J | W | | | | | |
| 62.   RepNet, Inc. | | None | J | W | | | | | |
| 63. | | | | | | | | | |
| 64.   HR-10 and 401K accounts (former law firm) | | None | P1 | T | | | | | |
| 65.   -- American Funds AMCAP Fund | | | | | | | | | |
| 66.   -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |
| 67.   -- American Funds Investment Co of | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| America (HR-10) | | | | | | | | | |
| 68. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 69. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 70. -- INVESCO Stable Value Fund (HR-10) | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. Northwestern Mutual whole life | C | Dividend | L | | | | | | |
| 73. Northwestern Mutual extra ordinary life | C | Dividend | L | | | | | | |
| 74. Midland National whole life | A | Dividend | J | | | | | | |
| 75. | | | | | | | | | |
| 76. Trust #1 (ACC) | | None | O | T | | | | | |
| 77. -- JP Morgan Municipal Money Market Fund | | | | | | | | | |
| 78. -- Dow Jones US Utilities Index Fund | | | | | Sell | 10-4 | L | D | |
| 79. -- Russell Midcap Index Fund | | | | | Sell part | 10-4 | J | A | |
| 80. -- S&P 500 Index Fund | | | | | Sell part | 10-4 | J | A | |
| 81. -- S&P 500 Growth Index Fund | | | | | Sell | 10-4 | K | A | |
| 82. -- Van Kampen Growth & Index Fund Cl A | | | | | Sell | 10-2 | M | C | |
| 83. -- GMAC notes | | | | | Sell | 10-4 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. -- Cottage Grove, Minn municipal bonds | | | | | Sell | 10-4 | K | A | |
| 85. -- Jefferson City, Ala municipal bonds | | | | | Sell | 10-17 | L | A | |
| 86. -- Franklin Tax Free High Yield Income Fund Cl A | | | | | Sell | 10-2 | K | A | |
| 87. -- JP Morgan Intermediate Bond Fund Select Class | | | | | Sell | 10-2 | L | A | |
| 88. -- MFS Inter Income Trust | | | | | Sell | 10-4 | K | A | |
| 89. -- Cullen High Divid Eq Fd Cl 1 | | | | | Buy | 10-2 | K | | |
| 90. -- MSCI Japan Index Fd | | | | | Buy | 10-2 | K | | |
| 91. -- JPMorgan Emerging Mkts Equity Fd | | | | | Buy | 10-2 | J | | |
| 92. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Buy | 10-2 | K | | |
| 93. -- JPMorgan Intrepid America Fd | | | | | Buy | 10-2 | L | | |
| 94. -- JPMorgan Intrepid Growth Fd Select | | | | | Buy | 10-2 | K | | |
| 95. -- JPMOrgan Intrepid Intl Fd Select | | | | | Buy | 10-2 | L | | |
| 96. -- JPMorgan Multi-cap Mkt Neutral Fd | | | | | Buy | 10-2 | L | | |
| 97. -- JPMorgan Small Cap Equity Fund | | | | | Buy | 10-2 | K | | |
| 98. -- JPMorgan US Real Estate Fund | | | | | Buy | 10-2 | K | | |
| 99. -- Mellon Boston Co Intl Core Equity | | | | | Buy | 10-2 | L | | |
| 100. -- T Rowe Price Intl Fds New Asia Fd | | | | | Buy | 10-2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. -- Campbell Berwyn LP | | | | | Added | | | | |
| 102. -- Pinecrest LP | | | | | Added | | | | |
| 103. | | | | | | | | | |
| 104. Trust #2 (VJC) | None | | O | T | | | | | |
| 105. -- JP Morgan Municipal Money Market Fund | | | | | | | | | |
| 106. -- Dow Jones US Utilities Index Fund | | | | | Sell | 9-25 | L | E | |
| 107. -- Russell Midcap Index Fund | | | | | Sell | 9-25 | J | A | |
| 108. -- S&P Smallcap 600 Index Fund | | | | | | | | | |
| 109. -- S&P 500 Index Fund | | | | | Sell | 9-25 | L | D | |
| 110. -- GMAC notes | | | | | Sell | 9-25 | L | A | |
| 111. -- CIT Group Inc notes | | | | | Sell | 9-25 | K | A | |
| 112. -- Bank America Corp notes | | | | | Sell | 9-25 | K | A | |
| 113. -- Protective Life notes | | | | | Sell | 9-25 | K | A | |
| 114. -- Lakeville Minn School Dist bonds | | | | | Sell | 9-25 | K | A | |
| 115. -- ▉▉▉▉Springs NY Cent Sch Dist bonds | | | | | Sell | 9-25 | K | A | |
| 116. -- Hamilton Heights Sch Bldg Corp Ind Ref bonds | | | | | Sell | 9-25 | K | A | |
| 117. -- Moline Ill Corp Purp bonds | | | | | Sell | 9-25 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. -- Pasco Wash Wtr & Swr bonds | | | | | Sell | 9-25 | K | A | |
| 119. -- Fed Nat Mtg Assn bonds | | | | | Sell | 9-21 | K | A | |
| 120. -- Franklin Tax Free High Yield Income Fund Cl A | | | | | Sell | 9-21 | L | D | |
| 121. -- Insured Municipals Income Tr Unit Fund | | | | | Sell/called | 8-24 | J | A | |
| 122. -- Insured Municipals Income Tr Unit Fund | | | | | Sell | 9-25 | J | A | |
| 123. -- MFS Inter Income Tr Fund | | | | | Sell | 9-25 | K | A | |
| 124. -- T Rowe Price Intl Fds New Asia Fd | | | | | Buy | 9-21 | K | | |
| 125. -- Mellon Boston Co Intl Core Equity | | | | | Buy | 9-21 | L | | |
| 126. -- Cullen High Divid Eq Fd Cl 1 | | | | | Buy | 9-21 | K | | |
| 127. -- JPMorgan Emerging Mkts Equity Fd | | | | | Buy | 9-21 | J | | |
| 128. -- JPMorgan Intrepid Growth Fd Select | | | | | Buy | 9-21 | J | | |
| 129. -- JPMorgan US Real Estate Fund | | | | | Buy | 9-21 | K | | |
| 130. -- MSCI Japan Index Fd | | | | | Buy | 9-25 | K | | |
| 131. -- JPMorgan High Yield Bond Fund | | | | | Buy | 9-25 | K | | |
| 132. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Buy | 9-25 | K | | |
| 133. -- JPMorgan Short Term Bond Fund | | | | | Buy | 9-25 | M | | |
| 134. -- JPMorgan Intrepid America Fund | | | | | Buy | 9-25 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -- JPMorgan Intrepid Intl Fd Select | | | | | Buy | 9-25 | K | | |
| 136. -- JPMorgan Multi-cap Market Neutral Fd | | | | | Buy | 9-25 | K | | |
| 137. | | | | | | | | | |
| 138. Trust #3 (ACC-IRA) | None | | O | T | | | | | |
| 139. -- JPMorgan Liquid Assets Mny Mkt Invest | | | | | | | | | |
| 140. -- Cullen High Divid Eq Fd Cl 1 | | | | | | | | | |
| 141. -- MSCI Japan Index Fd | | | | | | | | | |
| 142. -- Russell Midcap Index Fd | | | | | | | | | |
| 143. -- Russell 2000 Index Fd | | | | | | | | | |
| 144. -- JPMorgan Disciplined Equity Fund | | | | | | | | | |
| 145. -- JPMorgan Emerging Mkts Equity Fd | | | | | | | | | |
| 146. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | | | | | |
| 147. -- JPMorgan Intrepid America Fund | | | | | | | | | |
| 148. -- JPMorgan Intrepid Growth Fd Select | | | | | | | | | |
| 149. -- JPMorgan Intrepid Intl Fd Select | | | | | | | | | |
| 150. -- JPMorgan Multi-cap Market Neutral Fd | | | | | | | | | |
| 151. -- JPMorgan US Real Estate Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -- Mellon Boston Co Intl Core Equity | | | | | | | | | |
| 153. -- T Rowe Price Intl Fds New Asia Fd | | | | | | | | | |
| 154. -- JPMorgan High Yield Bond fund Select Class | | | | | | | | | |
| 155. -- JPMorgan Short Term Bond Fund Select Class | | | | | | | | | |
| 156. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investments and Trusts

Brokerage acct #1 was transferred to a different company, when my stockbroker moved to a different brokerage house. One of the holdings in the account, Metromedia Fiber Networks common stock, had become worthless, and the new brokerage house no longer lists it as a holding of the account. I have described the transaction as "sell" but nothing was received or obtained for those shares. See Section VII, line 11.

My ███ passed away last year. As a result, certain additional assets were put into Trust #1, and I became a co-trustee of Trust #3, together with my ███ and a bank (which actually manages the accounts).

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R | 05/03/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date  5/3/2007 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544